

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2016

No. 04-16-00439-CV

**SAYERS INVESTMENTS, LP**, Rachel Shirely Rachelle, Shea Management CO., LC, and
William Earl McDonald also know as Earl McDonald,
Appellants

v.

Joseph E. **MINIHAN** also known as Joe E. Minihan, Sharon Joy Minihan, wife of Joseph E.
Minihan, 1150 Partners, LTD., Scap of Texas Inc., James C. Woo and Davidson Troilo Ream &
Garza, P.C.,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000184
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellants filed a notice of appeal on July 5, 2016. The clerk's record and reporter's record were therefore due on August 5, 2016. *See* TEX. R. APP. P. 35.1. The reporter's record has been filed. However, the trial court clerk has filed a notification of late record stating that appellants have failed to request and pay, or make arrangements to pay, the fee for preparing the clerk's record, and that appellants are not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellants provide written proof to this court **within ten (10) days** of the date of this order that **either** (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee and the contents of the clerk's record have been designated; **or** (2) appellants are entitled to appeal without paying the clerk's fee and the court reporter's fee.

If appellants fail to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2016.



Keith E. Hottle
Clerk of Court